# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CRIMINAL NO. 25-CR-<br>25-MJ-51 |
| **CEVIN ANDRE BELTON,** | 18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of a Firearm and Ammunition by Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| Defendant. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)<br>(Unlawful Possession with the Intent to Distribute Cocaine Base) |
| | FORFEITURE: 18 U.S.C. § 924(d),<br>21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about March 22, 2025, within the District of Columbia, **CEVIN ANDRE BELTON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland Case Number CT050969B, did unlawfully and knowingly receive and possess a firearm, that is, a Springfield Armory Hellcat 9mm semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about March 22, 2025, within the District of Columbia, **CEVIN ANDRE BELTON**, knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of Cocaine Base, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Count Two of this information, **CEVIN ANDRE BELTON** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of any of the offenses alleged in Count One of this Information, **CEVIN ANDRE BELTON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

    a. Springfield Armory, Hellcat 9mm semi-automatic handgun bearing Serial Number BA336624 seized on March 22, 2025.

    b. 10 rounds of 9mm ammunition seized on March 22, 2025.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

**CEVIN ANDRE BELTON** shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov